

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § | No. 08-20-00036-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 1 |
| v. | § | of Travis County, Texas |
| COBEY HARTMAN, | § | (TC# C-1-CV-19-005425) |
| Appellee. | § | |

### J U D G M E N T

The Court has considered this cause on the agreed motion to set aside the trial court's judgment without regard to the merits, and concludes the motion should be granted, in accordance with the opinion of this Court. We therefore set aside the trial court's judgment, without regard to the merits, and remand this cause to the trial court for further proceedings. Costs are assessed against the Appellant. *See* TEX.R.APP.P. 42.1(d). We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF AUGUST, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.